WESTCHESTER SQUARE PLUMBING SUPPLY CO., INC., Respondent, v. NATHAN VANDROFF and ETTA VANDROFF, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

DOROTHEE G. MCDONNELL, Judgment Creditor, v. FRANCIS R. MCDONNELL, Judgment Debtor, Appellant. (ROBERT A. SIEBERT, Assignee, Respondent.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion on the ground that under section 777 of the Civil Practice Act this proceeding must be instituted in the City Court of the City of New York; Dore, J., dissents and votes to reverse and deny the motion.